# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISON

**LARRY COX**                                                                                                          **PLAINTIFF**

**v.**                                              **NO. 3:21-CV-03018-TLB**

**WAL-MART, INC.**                                                                                                   **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the **Dismissal With Prejudice** of this action, including all claims asserted against all parties, with each party to bear its own attorneys' fees and costs.

                                                                                    Respectfully Submitted,

| | |
|---|---|
| James Monroe Scurlock, Ark. Bar No. 2012028 | Nathan Read, Ark. Bar No. 2012137 Colt D. Galloway, Ark. Bar No. 2016212 |
| **WALLACE, MARTIN, DUKE & RUSSELL, PLLC** | **MITCHELL, WILLIAMS, SELIG GATES & WOODYARD, P.L.L.C.** |
| 1st Floor, Centre Place | 4206 South J.B. Hunt Drive, Suite 200 |
| 212 Center Street, First Floor | Rogers, Arkansas 72758 |
| Little Rock, Arkansas 72201 | (479) 464-5663 |
| (501) 375-5545 | (479) 464-5680 |
| (501) 455-2576 | nread@mwlaw.com |
| jms@WallaceLawFirm.com | cgalloway@mwlaw.com |
| *Counsel for Plaintiff Larry Cox* | *Counsel for Defendant Wal-Mart, Inc.* |